# LAW OFFICES OF JOSEPH F. KILADA, P.C.

**Long Island Office**
1 Old Country Road, Suite 347
Carle Place, NY 11514
Phone: (516) 222-0454
Fax: (516) 908-4266

**VIA ECF & FACSIMILE**
Hon. Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

June 20, 2012

RE:   United States v. Troy Storms
      08-CR-610 (SLT)

Dear Judge Townes:

    Mr. Storms through his attorney Joseph F. Kilada respectfully requests that this court grant Mr. Storms travel request.

    The reason for the request is that Mr. Storms firstcousin is getting married and Mr. Storms wishes to attend the wedding. The wedding will be held in Housto Texas, and Mr. Storms wishes to travel from July 18, 2012 to July 23, 2012.

    I have consulted with Pre-Trial Services and Assistant United States Attorney Todd Kaminsky and both have consented to Mr. Storms travel request subject to court approval.

Respectfully Submitted,

Joseph F. Kilada
Attorney at Law